THOMPSON ET AL. *v.* TRAVIS ET AL.

[No. 27,658. Filed March 10, 1942.]

*Isadore D. Rosenfeld,* of South Bend, for appellants.

*Walter R. Arnold,* of South Bend, and *Albert B. Chipman,* of Plymouth, for appellees.

*George N. Beamer,* Attorney General, *Joseph P. Mc-Namara,* Deputy Attorney General, *Fred Bechdolt* and *Charles W. Grubb,* both of Indianapolis, and *Oliver A. Switzer,* of South Bend, amici curiae.

PER CURIAM.—The judgment from which this appeal is attempted to be taken is designated by the parties as a declaratory judgment. The declaration of rights, however, seems to be merely incidental to a decree which grants a permanent injunction to the appellees Travis and Tanner on their complaint and to an intervenor, appellee Tomlinson, upon his cross-complaint. It is asserted in the complaint that a constitutional question is involved if a statute mentioned therein is given a certain construction. But the briefs do not present any such question. This court is without jurisdiction of the appeal, § 4-214, Burns' 1933, § 1356, Baldwin's 1934. *Ross, Rec.* v. *Terre Haute, etc., Traction Co.* (1930), 202 Ind. 698, 171 N. E. 665. Accordingly the cause is hereby ordered to be transferred

to the Appellate Court of Indiana pursuant to § 4-217, Burns' 1933, § 1362, Baldwin's 1934.

NOTE.—Reported in 39 N. E. (2d) 944.